IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00857-BNB

TIMOTHY DOYLE YOUNG, #60012-001,

   Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
ALBERTO GONZALES,
BUREAU OF PRISONS,
HARLEY LAPPIN,
HARRELL WATTS,
MICHAEL NALLEY,
R. WILEY,
MR. COLLINS,
MR. SUDLOW,
MR. MADISON,
JUDGE WEINSHIENK, and
MAGISTRATE BOLAND,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 7 2007

GREGORY C. LANGHAM
                    CLERK

---

## ORDER OF RECUSAL

---

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. **United States v. Gigax**, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." **Id.**; **Webbe v. McGhie Land Title Co.**, 549 F.2d 1358, 1361 (10th Cir. 1977).

After reviewing the case file, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge.

DATED at Denver, Colorado, this 4th day of May, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00857-CBS

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/7/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk