# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00857-CBS
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

TIMOTHY DOYLE YOUNG, #60012-001,

     Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
ALBERTO GONZALES,
BUREAU OF PRISONS,
HARLEY LAPPIN,
HARRELL WATTS,
MICHAEL NALLEY,
R. WILEY,
MR. COLLINS,
MR. SUDLOW,
MR. MADISON,
JUDGE WEINSHIENK, and
MAGISTRATE BOLAND,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY – 7 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

     Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of
Colorado, originally filed a Complaint pursuant to ***Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), in the United States
District Court for the District of Columbia (District of Columbia). The District of
Columbia determined that venue in the instant action properly lies in the United States

Dockets.Justia.com

District Court for the District of Colorado and entered an order that transferred the action to this Court.  Plaintiff filed a motion for reconsideration of the transfer order, which was denied by the District of Columbia.

As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers which Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | __ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | X | is not on proper form (must use the Court's current form) |
| (7) | __ | Names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the Court. Only an original has been received. |
| (9) | __ | Other _____ |

**Complaint, Petition or Application:**
| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | X | is not on proper form (must use the Court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | Uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | Names in caption do not match names in text |
| (18) | __ | Other _____ |

2

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers which Plaintiff files in response to this order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. It is

FURTHER ORDERED that if the Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this __4th__ day of __May__, 2007.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-00857-CBS

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 5/7/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk