IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-00857-CBS

TIMOTHY DOYLE YOUNG, #60012-001,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
ALBERTO GONZALES,
BUREAU OF PRISONS,
HARLEY LAPPIN,
HARRELL WATTS,
MICHAEL NALLEY,
R. WILEY,
MR. COLLINS,
MR. SUDLOW,
MR. MADISON,
JUDGE WEINSHIENK, and
MAGISTRATE BOLAND,

    Defendants.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the *pro se* document titled " 'Order to Cure' Objections" submitted to the Court on May 31, 2007, by Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado. In the document, Mr. Young objects to Magistrate Judge Craig B. Shaffer's May 7, 2007, Order directing him to cure the deficiencies in the Complaint that was transferred to this Court on February 13, 2007, from the United States District Court for the District of Columbia (District of Columbia). The Court will construe the document liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the Objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Mr. Young initiated the instant action originally in the District of Columbia. In the Objection, Mr. Young complains that he properly filed the action in the District of Columbia, that he did not have sufficient time to oppose the transfer, and that he should not be required to use this Court's forms.

Mr. Young had sufficient opportunity to oppose the transfer contrary to his assertions in the Objection that he did not. The case was order transferred by the District of Columbia on February 13, 2007. Mr. Young filed a motion for reconsideration of the transfer on March 5, 2007, the motion was denied on April 10, 2007, and subsequently the case was transferred on April 20, 2007. Mr. Young had ample time to appeal the District of Columbia's decision to transfer the instant action but did not do so. The issues asserted in the instant action properly are before this Court, and the requirement to use this Court's forms is in keeping with the Court's local rules.

The Court concludes that Magistrate Judge Shaffer's May 7, 2007, Order neither is clearly erroneous nor contrary to law. Therefore, Plaintiff's liberally construed Objection will be overruled. Plaintiff is instructed to comply with the May 7, 2007, Order or the Complaint and action will be dismissed for failure to cure the deficiencies. The only filings Plaintiff is to submit to the Court at this time are the completed Court-approved forms sent to Plaintiff with the May 7, 2007, Order if he desires to proceed with the instant action in this Court. Accordingly, it is

ORDERED that Plaintiff's document titled " 'Order to Cure' Objections," filed May 31, 2007, is construed liberally as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and is overruled.  It is

FURTHER ORDERED that Plaintiff has **ten days from the date of this Order** to comply with the May 7, 2007, Order.  It is

FURTHER ORDERED that if Plaintiff fails to comply with the May 7, 2007, Order as directed, within the time allowed, the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 20 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00857-CBS

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/21/07

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk