IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-00857-CBS

TIMOTHY DOYLE YOUNG, #60012-001,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
ALBERTO GONZALES,
BUREAU OF PRISONS,
HARLEY LAPPIN,
HARRELL WATTS,
MICHAEL NALLEY,
R. WILEY,
MR. COLLINS,
MR. SUDLOW,
MR. MADISON,
JUDGE WEINSHIENK, and
MAGISTRATE BOLAND,

    Defendants.

## ORDER TO STRIKE

This matter is before the Court on the *pro se* document titled "Unconstitutionality of the 'Order Overruling Objections,'" submitted to the Court on June 29, 2007, by Plaintiff Timothy Doyle Young, a federal prisoner currently housed in the State of Colorado. In the document, Mr. Young objects to the Court's June 21, 2007, Order. Plaintiff's filing is another of his attempts to inundate the Court with unnecessary filings.

The Court instructed Plaintiff, in the June 21, 2007, Order that at this time the only proper filings for him to submit to the Court are the Court-approved forms, which were sent to him with the May 7, 2007, Order. The forms were sent to Plaintiff so that

he may complete them and file them with the Court. Therefore, the Court will direct the Clerk of the Court to strike the June 29, 2007, filing. Mr. Young is warned that if he continues to inundate the Court with unnecessary filings the Complaint and action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, it is

ORDERED that the Clerk of the Court is directed to strike Plaintiff's June 29, 2007, filing.

DATED at Denver, Colorado, this __19__ day of __July__, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00857-CBS

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___7/20/07___

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk