IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00857-ZLW

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On August 21, 2007, Plaintiff submitted to the Court a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. Plaintiff failed, however, to include a certified copy of his trust fund account statement. Plaintiff is required to provide an account statement from the facility where he currently is held. If an account statement is not available he must provide a verified statement from a staff member of the facility where he is held that no account statement is available.

    Plaintiff shall have an additional thirty days to provide to the Court a certified copy of his account statement or a verified statement from a staff member of the facility where he is held that no account statement is available.

Dated: August 24, 2007

A copy of this Minute Order mailed on August 24, 2007, to the following:

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

                                        Secretary/Deputy Clerk