IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00857-BNB

TIMOTHY DOYLE YOUNG, # 60012-001,

    Plaintiff,

v.

U.S. DEPT. OF JUSTICE,
ALBERTO GONZALES,
BUREAU OF PRISONS,
HARLEY LAPPIN,
HARRELL WATTS,
MICHAEL NALLEY,
R. WILEY,
MR. COLLINS,
MR. SUDLOW,
MR. MADISON,
JUDGE WEINSHIENK, and
MAGISTRATE BOLAND,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Rule #60(b)(6) Motion," (Doc. No. 26), filed November 23, 2007, is DENIED. Plaintiff filed a Notice of Appeal in this action on August 10, 2007, and the action remains on appeal.

Dated: February 1, 2008

Copies of this Minute Order mailed on February 1, 2008, to the following:

Timothy Doyle Young
Reg. No. 60012-001
ADX - Florence
PO Box 8500
Florence, CO 81226

                                                 _____
                                                 Secretary/Deputy Clerk